UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PNC BANK, NATIONAL ASSOCIATION,       Case No.
a national banking association,

    Plaintiff,

v.

GLOBALMAX LLC, a Florida limited
liability company, and MATIAS MOLINA,
individually

    Defendants.
_____/

## COMPLAINT

Plaintiff, PNC BANK, NATIONAL ASSOCIATION, ("PNC BANK") hereby sues Defendants, GLOBALMAX LLC, a Florida limited liability company ("GLOBALMAX"), and MATIAS MOLINA, individually ("MOLINA") (collectively "Defendants") and as grounds therefore alleges as follows:

## PARTIES

1. Plaintiff, PNC BANK, is a national banking association chartered under the laws of the United States in the State of Delaware. PNC BANK's principal place of business is in the Commonwealth of Pennsylvania. PNC BANK's main office, as stated in its Articles of Association, is located in Wilmington, Delaware,

and as such, it is a citizen of Delaware (and Pennsylvania) for purposes of diversity jurisdiction. PNC is duly authorized to conduct business in the State of Florida.

2. Defendant, GLOBALMAX LLC, is a Florida limited liability company registered to do business with the Secretary of State of Florida with its principal place of business and office headquarters located at 13118 Rushtone Court, Orlando (Orange County), Florida, and is a citizen of the State of Florida.

3. Defendant, MATIAS MOLINA, individually, is an individual and is a resident of and is domiciled in Orange County Florida, at 13118 Rushtone Court, Orlando Florida, and is a citizen of the State of Florida, and he is otherwise *sui juris*.

## JURISDICTION AND VENUE

4. Jurisdiction is proper under 28 U.S.C. §1332(a) based upon complete diversity of citizenship between PNC BANK on one hand and the Defendants on the other, and an amount in controversy that exceeds $75,000,00, exclusive of interest and costs.

5. Venue is proper in this district as the Defendants are located within this district and the events giving rise to these claims occurred in this district. *See* 28 U.S.C. §1391.

## GENERAL ALLEGATIONS

6. That on or about February 18, 2020, Defendant, GLOBALMAX executed and delivered to Plaintiff, PNC BANK, that certain *PNC BANK Business*

*Loan Application*, and in connection therewith, GLOBALMAX LLC, as Borrower, and PNC BANK, as Lender, entered into that certain *Small Business Line of Credit Agreement* dated February 19, 2020 (collectively "Loan Documents"). True and correct copies of the Loan Documents are attached hereto and incorporated herein by refence and marked as **Composite Exhibit "A".**

      7.     Plaintiff, PNC BANK, owns and holds the Loan Documents.

      8.     That pursuant to the Loan Documents, GLOBALMAX was required to pay minimum monthly payments as set forth in Paragraph 11 of the *Small Business Line of Credit Agreement* (see **Composite Exhibit "A"**).

      9.     That GLOBALMAX defaulted in its obligation to the Plaintiff under the Loan Documents by failing to pay the October 19, 2020 monthly payment in the amount of $1,523.03 and all subsequent monthly payments due thereunder.

      10.    That, as a result, Plaintiff, pursuant to its rights under the terms of the Loan Documents, has elected to accelerate all sums due under the Loan Documents.

      11.    The Defendant, GLOBALMAX, owes the Plaintiff, PNC BANK, principal in the amount of Ninety-Nine Thousand, Nine Hundred and Fifty-Two dollars and 74/100 cents ($99,952.74), plus accrued interest, late charges and any other charges due under the Loan Documents.

## COUNT I
### (Breach of Loan Documents)

12. This is an action for damages in excess of $75,000.00, exclusive of fees, interest and costs.

13. Plaintiff realleges and reincorporates paragraphs 1 through 11 as though fully set forth herein.

14. Plaintiff has retained the undersigned counsel and is obligated to pay a reasonable fee for its services, and the Defendant, GLOBALMAX, has agreed, that Plaintiff shall be entitled to recover its reasonable attorney's fees and costs incurred in collecting the sums due under the Loan Documents.

15. All conditions precedent to the filing of this action have occurred, have been performed or have been waived.

WHEREFORE, Plaintiff, PNC BANK, NATIONAL ASSOCIATION demands judgment against the Defendant, GLOBALMAX LLC, for principal in the amount of Ninety-Nine Thousand, Nine Hundred and Fifty-Two dollars and 74/100 cents ($99,952.74), plus accrued interest, late charges, attorneys' fees and costs and any other sums due and owing under the Loan Documents, and for such further relief as this Court may deem appropriate.

## COUNT II
### (Breach of Guaranty)

16. This is an action for damages in excess of $75,000.00, exclusive of fees, interest and costs.

17. Plaintiff realleges and reincorporates paragraphs 1-11 as though fully set forth herein.

18. That on or about February 18, 2020, Defendant, MOLINIA, in consideration of and to induce Plaintiff into entering into the Loan Documents, made, executed and delivered to Plaintiff a contract in writing, whereby MOLINIA guaranteed payment of all amounts, payments and charges due under the Loan Documents ("Guaranty"). A true and correct copy of the Guaranty is attached and within **Composite Exhibit "A".**

19. That Defendant, MOLINA, defaulted under the terms of his Guaranty by failing to pay the sums due and owing under the Loan Documents.

20. Accordingly, there is now due and owing from MOLINIA, principal in the amount of Ninety-Nine Thousand, Nine Hundred and Fifty-Two dollars and 74/100 cents ($99,952.74), plus accrued interest, late charges and any other charges due under the Loan Documents.

21. Plaintiff has retained the undersigned counsel and is obligated to pay a reasonable fee for its services, and Defendant, MOLINIA, has agreed that Plaintiff

shall be entitled to recover its reasonable attorney's fees and costs incurred in collecting the sums due under the Loan Documents and in enforcing of his Guaranty.

22.   All conditions precedent to the filing of this action have occurred, have been performed or have been waived.

WHEREFORE, Plaintiff, PNC BANK, NATIONAL ASSOCIATION demands judgment against the Defendant, MATIAS MOLINA, individually, for principal in the amount of Ninety-Nine Thousand, Nine Hundred and Fifty-Two dollars and 74/100 cents ($99,952.74), plus accrued interest, late charges, attorneys' fees and costs and any other sums due and owing under the Loan Documents, and for such further relief as this Court may deem appropriate.

> /s/ Ronald M. Emanuel
> RONALD M. EMANUEL, ESQ.
> Florida Bar No. 746932
> ron.emanuel@emzwlaw.com
> EMANUEL & ZWIEBEL, PLLC
> 7900 Peters Road
> Building B, Suite 100
> Plantation, Florida 33324
> Telephone: (954) 472-7500
> Facsimile: (954) 533-0138
> *Attorneys for PNC Bank, N.A.*