# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:21-CV-01017-PGB-DCI

Plaintiff:
**PNC Bank, National Association, a national banking association**

vs.

Defendant:
**Globalmax LLC, a Florida limited liability company, and Matias Molina, individually**



LAB2021005663

For:
Ronald M. Emanuel
Emanuel & Zwiebel, LLC
7900 Peters Rd.
B-100
Plantation, FL 33324

Received by Aallen Bryant & Associates, Inc. on the 15th day of June, 2021 at 3:45 pm to be served on **Matias Molina, 13118 Rushtone Court, Orlando, FL 32832**.

I, Elizabeth Garcia, being duly sworn, depose and say that on the **18th day of August, 2021 at 5:18 pm, I:**

**SUBSTITUTE SERVED** the within named person by delivering a true copy of the **Summons and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, at their usual place of abode, to a person residing therein who is fifteen (15) years of age or older to wit: **jane Doe, co-resident,** at the address of **13118 Rushtone Court, Orlando, FL 32832**, and informing said person of the contents therein, pursuant to state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a **Certified Process Server** in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

STATE OF FLORIDA

Subscribed and Sworn to before me on the 7th day of September, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

KATHERINE PERDOMO
Commission # GG 956907
Expires February 10, 2024
Bonded Thru Budget Notary Services

Elizabeth Garcia
CPS #470

Aallen Bryant & Associates, Inc.
P.O. Box 3828
Orlando, FL 32802-3828
(407) 872-0560

Our Job Serial Number: LAB-2021005663

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>*Plaintiff(s)*<br><br>v.<br><br>GLOBALMAX LLC, a Florida limited liability company, and MATIAS MOLINA, individually,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 6:21-cv-01017-PGB-DCI<br>)<br>)<br>)<br>)<br>) |

*Handwritten stamp: Date 09/04/21  Time 12:35pm  Initials EO  ID 470*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matias Molina
13118 Rushtone Court
Orlando, Florida 32832

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald M. Emanuel, Esq.
Emanuel & Zwiebel, PLLC
7900 Peters Road
Building B, Suite 100
Plantation, Florida 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*[Seal: United States District Court, Middle District of Florida — Magaly Justiniano]*

Date:  June 15, 2021

Signature of Clerk or Deputy Clerk